# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>JONATHAN RIVERA,<br>*Defendant.* | Case No. 25-MJ-578 |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about May 20, 2025, in the County of Monroe, in the Western District of New York, the defendant, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This Criminal Complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

SEAN MARTINECK, Special Agent
Bureau of Alcohol, Tobacco, Firearms, & Explosives
*Printed name and title*

Affidavit and Criminal Complaint submitted electronically by email in .pdf format. Oath administered, and contents and signature, attested to me as true and accurate telephonically pursuant to Fed.R.Crim. P. 4.1 and 4(d) on:

Date: May 20, 2025

City and State:  Rochester, New York

HONORABLE MARK W. PEDERSEN
United States Magistrate Judge, WDNY
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v -                                                                        25-MJ-578

JONATHAN RIVERA,

                Defendant.

---

STATE OF NEW YORK  )
COUNTY OF MONROE  ) SS:
CITY OF ROCHESTER  )

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, SEAN J. MARTINECK, being duly sworn, deposes and states:

### INTRODUCTION

1. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives (hereinafter ATF), and am assigned to the Rochester, New York Field Office. Your affiant is a graduate of the ATF National Academy and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. Your affiant has been employed as an ATF Special Agent since 2001. Your affiant has been involved in over five hundred (500) firearms and narcotics trafficking investigations and has participated in over five hundred (500) federal and state search warrants involving firearms and narcotics. Since becoming an ATF Agent, your affiant has seized, or has been involved in investigations which have seized, well over five hundred (500) firearms. I am currently assigned to the Rochester Police Department's Violent Crime Task Force. Prior to becoming an ATF Agent, I was employed as a United States Probation Officer. As such, I am an "investigative or law enforcement officer" within

the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516, and Title 21 of the United States Code.

2.  This Affidavit is submitted in support of a Criminal Complaint charging Jonathan RIVERA (hereafter "**RIVERA**") with a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of ammunition).

3.  The facts set forth in this Affidavit are based upon my personal participation during this investigation. The conclusions drawn in this Affidavit are based on my training and experience, as well as on the advice of other experienced federal investigators. Because this Affidavit is being submitted for a limited purpose, I have not included each fact that I know concerning this investigation. Rather, I have set forth only those facts that relate to the issue of whether probable cause exists to believe that **RIVERA** committed the specified offenses.

## FACTS ESTABLISHING PROBABLE CAUSE

4.  On or about May 19, 2025, the Honorable Mark W. Pederson, United States Magistrate Judge, Western District of New York, issued a search and seizure warrant for 125 St. Paul Street, Apartment 2115, Rochester, New York (hereafter the "**Subject Premises**").

5.  On or about May 20, 2025, at approximately 6:13 a.m., members of the ATF and Rochester Police Department Violent Crime Task Force (hereinafter VCTF) executed the warrant at the **Subject Premises**. During entry, VCTF members encountered **RIVERA** in the living room area. No other individuals were located within the premises.

6.  During a search of the northeast bedroom, search team members discovered a black satchel style bag on the floor of the closet that contained 119 rounds of 40 caliber ammunition (95 rounds manufactured by Winchester, 7 rounds X-Treme, 3 rounds Federal, 14 rounds Aguila), and two semiautomatic pistol magazines. One of the semiautomatic pistol magazines was loaded with 9 rounds of 40 caliber ammunition and the other semiautomatic pistol magazine was loaded with 15 rounds of 40 caliber ammunition.

7.  After the warrant **RIVERA** was brought to the Rochester Police Department Public Safety Building to be interviewed. At approximately 7:54 a.m., **RIVERA** was advised of his *Miranda* rights, to which **RIVERA** waived, and agreed to speak with investigators. During the interview, **RIVERA** admitted that he had ammunition in his room, and that he purchased the ammunition from a friend because he had been robbed in his apartment complex. **RIVERA** would not tell investigator how long he had the ammunition. **RIVERA** advised he had served time in federal prison from 2015-2019 after being charged and convicted of a being a felon in possession of a firearm.

## INTERSTATE NEXUS

8.  In connection with this investigation, Special Agent (SA) Justin Shaefer from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) was contacted regarding the seized ammunition inside of the **Subject Premises**. SA Shaefer is an ATF Firearms Interstate Nexus Expert. SA Shaefer determined that none of the ammunition was manufactured in the State of New York and therefore, they affected interstate commerce.

## CRIMINAL HISTORY OF RIVERA

9. On August 16, 2007, **RIVERA** was convicted of Burglary in the Second Degree, a Class C felony, in Livingston County Court, Geneseo, New York, for which **RIVERA** was sentenced to 4 years imprisonment and 30 months of post-release supervision.

10. On September 29, 2015, **RIVERA** was convicted of Title 18, United States Code, Sections 922(g)(1) (felon in possession of a firearm), a class D felony, in United States District Court for the Western District of New York, Rochester, New York, for which **RIVERA** was sentenced to 50 months imprisonment and 36 months of supervised release.

## CONCLUSION

11. **WHEREFORE,** based on the above information, I submit there is probable cause to believe that on or about May 20, 2025, in the City of Rochester, County of Monroe, Western District of New York, the defendant, JONATHAN **RIVERA**, was in violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of ammunition).

_____
SEAN J. MARTINECK
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives.

Affidavit and Criminal Complaint Submitted electronically
by email in .pdf format. Oath administered, and contents
and signature, attested to me as true and accurate
telephonically pursuant to Fed.R.Crim.P. 4.1 and 4(d)
on May 20, 2025.

_____
HON. MARK W. PEDERSEN
United States Magistrate Judge
Western District of New York

4